# ORDER



April 29, 2022

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
**orrick.com**

Judge William J. Martini
United States District Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**Weimin Ning**

E  wning@orrick.com
D  +1 212 506 3538
F  +1 212 506 5151

Re:   *Canon Inc. and Canon U.S.A., Inc. v. Nokia of America Corporation et al.*
      No. 2:22-cv-02286-WJM-ESK

Dear Judge Martini:

My firm represents the petitioners Canon Inc. and Canon U.S.A., Inc. in the above referenced matter.  Pending before the Court is the petitioners' motion to compel third party subpoenas against respondents Nokia of America Corporation and its inventor employees Krishna Balachandran, Kumud K Sanwal and Joseph H. Kang pursuant to Fed. R. Civ. P. 45.

With the consent of the respondents' counsel Shri Abhyankar, Esq., we respectfully request a one-cycle adjournment to **June 6, 2022** to allow the petitioners and respondents to resolve the dispute.

I thank your Honor for the attention and consideration in this matter.

Very truly yours,

*[signature]*

Weimin Ning


cc:     Shri Abhyankar, Shri.Abhyankar@alston.com (via email)


**So Ordered.**

_____/s/ Edward S. Kiel_____
**Edward S. Kiel, U.S.M.J.**
**Date: April 29, 2022**