# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Canon Inc. and Canon U.S.A., Inc.,<br><br>Petitioners.<br><br>v.<br><br>Nokia of America Corporation and its Inventor Employees Krishna Balachandran, Kumud K Sanwal and Joseph H. Kang<br><br>Respondents | Misc. No. 2:22-cv-02286-WJM-ESK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)** |

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, petitioners Canon Inc. and Canon U.S.A., Inc. (collectively, "Canon") by their attorneys, hereby voluntarily dismiss their Motion to Compel Third Party Subpoenas to Nokia of America Corporation and its inventor employees Krishna Balachandran, Joseph H Kang, Kumud K Sanwal. Respondents have not filed any response to Canon's motion. In accordance with Rule 41(a)(1)(B), this voluntary dismissal is without prejudice.

Dated: May 20, 2022

Respectfully submitted,

*/s/ Weimin Ning*

Weimin Ning
wning@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5000
Fax: (212) 506-5151

*Attorney for Petitioners Canon Inc. and Canon U.S.A., Inc.*